# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 44 | **DATE** | 1/17/2008 |
| **CASE TITLE** | United States vs. Jerry Spann | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Jerry Spann. Government's ex parte motion to seal complaint and affidavit through and including 2/16/08 or until defendant's arrest is granted. Enter Order.

■ [ For further detail see separate order(s).]

| | | Courtroom Deputy Initials: | KF |
|---|---|---|---|