

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 44 - 1 | **DATE** | 1/25/2008 |
| **CASE TITLE** | USA vs. Jerry Spann | | |

**DOCKET ENTRY TEXT**

Initial appearances proceedings held on 1/25/2008 as to defendant Jerry Spann. Defendant appears in response to arrest on 1/25/2008. Kevin P. Bolger files his appearance as retained counsel for defendant. Government seeks detention. Preliminary examination hearing/detention hearing set for 1/29/2008 at 1:30 p.m. Defendant to remain in custody pending further court proceedings.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | IS |
|---|---|---|