U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

United States
v.
Jerry Spann

Case Number: 08CR 0044-1

FILED
JAN 25 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jerry Spann

| | |
|---|---|
| NAME (Type or print) | Kevin P. Bolger |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Kevin P. Bolger / by [illegible] |
| FIRM | Kevin P. Bolger + Associates |
| STREET ADDRESS | 150 N. Wacker |
| CITY/STATE/ZIP | Chicago IL |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 312-899-8100 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES [X]   NO [ ]

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES [ ]   NO [ ]

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES [X]   NO [ ]

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [X]   NO [ ]

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [X]   APPOINTED COUNSEL [ ]

E-mail - Bolgerlaw@AOL.com