## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 44 - 1 | **DATE** | 1/29/2008 |
| **CASE TITLE** | USA vs. Jerry Spann | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 1/29/2008; and continued to 1/31/2008 at 10:30 a.m. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | IS |
|---|---|---|