## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Michael T. Mason | **Sitting Judge if Other than Assigned Judge** | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 44 - 1 | **DATE** | 1/31/2008 |
| **CASE TITLE** | USA vs. Jerry Spann | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 1/31/2008 as to defendant Jerry Spann.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | IS |
|---|---|---|

Case 1:08-cr-00044     Document 8     Filed 01/31/2008     Page 1 of 1

08CR44 - 1 USA vs. Jerry Spann                                                                                     Page 1 of 1