# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 44 - 1 | **DATE** | 7/30/2008 |
| **CASE TITLE** | USA vs. Jerry Spann | | |

**DOCKET ENTRY TEXT**

Plaintiff's emergency motion for modification of conditions of release to permit him to travel to Highland, IN from August 8, 2008 to August 12, 2008 is granted without objection from the government.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|